IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01578-CMA-MEH

CLEARY BUILDING CORP., a Wisconsin corporation,

    Plaintiff,

v.

DAVID A. DAME, an individual,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2010.**

Defendant's Unopposed Motion to Vacate February 1, 2010 Hearing [filed January 26, 2010; docket #28] is **granted in part and denied in part**. The hearing scheduled for February 1, 2010, is **vacated and rescheduled** for **February 11, 2010, at 10:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.