### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-01578-CMA-MEH

CLEARY BUILDING CORP., a Wisconsin corporation,

    Plaintiff,

v.

DAVID A. DAME, an individual,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulated Motion to Dismiss Plaintiff's Remaining Claims Against Defendant (Doc. # 32). The Court having considered the Stipulated Motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE.

DATED: February  19 , 2010

        BY THE COURT:

        *Christine M Arguello*
        _____
        CHRISTINE M. ARGUELLO
        United States District Court Judge